THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MT CARRIERS, LLC**                                                                 **PLAINTIFF**

v.                              Case No. 3:19-cv-00187-KGB

**CASPER WHITE**                                                              **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 12). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. This action is dismissed with prejudice, and each party will bear its own attorneys' fees and costs.

It is so ordered this 23rd day of January, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge